**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TANYA LANICE ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
|     v. ) | Civil Action No.: 1:05CV0961 (EGS) |
| ) | |
| HOGAN & HARTSON, LLP. ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

### **RETURN OF SERVICE**

COMES NOW Plaintiff TANYA LANICE, by and through undersigned counsel, who hereby submits the attached return of services for defendant, HOGAN & HARTSON, LLP.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Lisa Alexis Jones, Esq.
                                              DC Bar #421002
                                              1200 G Street, N.W.
                                              Suite 800
                                              Washington, D.C. 20005
                                              (202) 434-4507
                                              orbitcv@erols.com

                                              *Counsel for Plaintiff*

Dated: September 13, 2005