# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TANYA LANICE,<br><br>      Plaintiff,<br><br>v.<br><br>HOGAN & HARTSON, LLP,<br><br>      Defendant. | Civil Action No. 1:05cv0961 (EGS) |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
## **HOGAN & HARTSON, LLP**

    Please enter the appearance of Elizabeth Sarah Gere as lead counsel for Defendant Hogan & Hartson, LLP, in the above-captioned case. Ms. Gere is with the law firm of Ross, Dixon & Bell, LLP, 2001 K Street, N.W., Washington, D.C. 20006-1040. To receive electronic notices, Ms. Gere's e-mail address is **egere@rdblaw.com**. Ms. Gere and Mr. Stern, who already entered his appearance in this case, shall be counsel of record for Hogan & Hartson, LLP.

Dated: September 30, 2005

                                          Respectfully submitted,

                                          /s/
                                        Elizabeth Sarah Gere (Bar No. 186585)
                                        Stephen B. Stern (Bar No. 452589)
                                        ROSS, DIXON & BELL, LLP
                                        2001 K Street, N.W.
                                        Washington, D.C. 20006-1040
                                        Telephone:  (202) 662-2000
                                        Facsimile:   (202) 662-2190

                                        Attorneys for Defendant
                                        Hogan & Hartson, LLP

326590 v 1

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance was sent by U.S. Mail first class, postage prepaid this 30th day of September, 2005 to:

      Lisa Alexis Jones, PLLC
      1200 G Street, N.W.
      Suite 800
      Washington, D.C.   20005

      _____/s/_____
      Elizabeth Sarah Gere