IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TANYA LANICE,<br><br>        Plaintiff,<br><br>        v.<br><br>HOGAN AND HARTSON, LLP.,<br><br>        Defendant. | Civil Action No. 05-961 (EGS) |

## SCHEDULING ORDER

This case came before the Court for an initial scheduling conference on November 22, 2005 In accordance with the representations of the parties, it is hereby

**ORDERED:**

1. The parties shall make initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) on or before December 6, 2005.

2. The parties shall disclose any experts they intend to call as witnesses, and file reports regarding those witnesses pursuant to Fed.R.Civ.P. 26(a)(2). The plaintiff shall provide her expert disclosure report on or before January 6, 2006. The defendant shall file its response on or before February 6, 2006.

3. The parties shall complete all discovery on or before February 21, 2006. The parties shall be governed by the presumptive limits of discovery set forth in the applicable Federal Rules of Civil Procedure and the Rules of this Court.

4. The defendant shall file its dispositive motion, if any, on or before March 22, 2006. Plaintiff shall file her opposition, if any, on or before April 21, 2006, and defendant shall file its reply, if any, on or before May 8, 2006.

5. A post-discovery status hearing shall be held on March \_\_\_\_, 2006.

Dated: _____

EMMET G. SULLIVAN
United States District Judge