# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TANYA LANICE,<br><br>               Plaintiff,<br><br>v.<br><br>HOGAN AND HARTSON, LLP,<br><br>               Defendant. | Civil Action No. 1:05 CV 0961 (EGS) |

## JOINT STATUS REPORT

Pursuant to this Court's Order of November 22, 2005, and its Scheduling Order of November 27, 2005, the parties submit this Joint Status Report.

1. **Last Appearance:** The parties appeared before the Court on November 22, 2005 at an Initial Scheduling Conference. The Court thereafter entered a Scheduling Order on November 27, 2005. The Court ordered the parties to file the instant Joint Status Report by March 1, 2006 and appear before the Court on March 8, 2006 for a further Status Conference.

2. **Status:** The parties have completed discovery. At the Initial Scheduling Conference, the Court directed the parties not to file dispositive motions, if any, before the March 8, 2006 Status Conference. The Court's Scheduling Order directs the parties to bring full settlement authority to that Status Conference.

3. **Pending Motions:** There currently are no pending motions.

4. **Matters To Be Resolved:** There are no matters that the parties will ask the Court to resolve at the Status Conference.

333631 v 2

5. **The Parties' Recommendations for Proceeding:** In the event the case is not resolved at the March 8, 2006 Status Conference or through a Court-directed alternative dispute resolution process, the parties recommend that the Court set a briefing schedule for the filing of a dispositive motion and a pretrial conference date.  Specifically, the parties suggest that any Motion for Summary Judgment be filed on or before May 4, 2006, that any Response be filed on or before June 5, 2006 and that any Reply be filed on or before June 23, 2006.  The parties recommend that, if necessary, the Court schedule a Pretrial Conference for 30 days after a ruling on any Motion for Summary Judgment.

Respectfully submitted,

/s/
Lisa Alexis Jones, PLLC
(Bar #421002)
1200 G Street, N.W.
Suite 800
Washington, D.C.   20005
(202) 434-4507

*Counsel for Plaintiff*

/s/
ROSS, DIXON & BELL, LLP
Elizabeth Sarah Gere (Bar #186585)
Tammy R. Daub (D.C. Bar #482529)
Ross, Dixon & Bell LLP
2001 K Street, N.W.
Washington, D.C.  20006
Telephone:    (202) 662-2000
Facsimile:    (202) 662-2190

*Counsel for Defendant*

February 28, 2006

333631 v 2                                      2

## CERTIFICATE OF SERVICE

I hereby certify that, on February 28, 2006, a copy of the foregoing Joint Status Report was filed via ECF.

/s/
Tammy R. Daub