IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TANYA LANICE,

        Plaintiff,

v.

HOGAN AND HARTSON, LLP,

        Defendant.

Civil Action No. 1:05 CV 0961 (EGS)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Tanya LaNice and Defendant Hogan & Hartson, L.L.P., hereby stipulate and agree that this matter be dismissed with prejudice, each party to bear her/its own costs.

*[Signature]* with authorization
Lisa Alexis Jones, PLLC
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005
*Attorney for Plaintiff*

*[Signature]* 4/14/06
Elizabeth Sarah Gere (D.C. Bar No. 186585)
Tammy R. Daub (D.C. Bar No. 482529)
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, D.C. 20006
*Attorneys for Defendant*

SO ORDERED:

*[Signature]*
Honorable EMMET G. SULLIVAN
United States District Judge

Date: April 15, 2006